ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Credit One Financial, Inc.
dba Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOYLINA N. ARCENEAUX, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, NA, INC., a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive ,<br><br>Defendants. | Case No.: 2:15-cv-01726-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

 IT IS HEREBY STIPULATED by and between Plaintiff Joylina N. Arceneaux ("Arceneaux") and Defendant Credit One Financial, Inc. dba Credit One Bank, N.A. ("Credit One"), by and through their respective counsel, that all claims Arceneaux had or may have had against Credit One, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

IT IS FURTHER STIPULATED that each party shall bear their own fees and costs.

**IT IS SO STIPULATED:**

DATED this 21st day of April, 2016.                    DATED this 21st day of April, 2016.

HATFIELD & ASSOCIATES, LTD.                            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Trevor J. Hatfield*                               */s/ Erica J. Chee*
Trevor J. Hatfield                                     Anthony L. Martin
Nevada Bar No. 7373                                    Nevada Bar No. 8177
703 South Eighth Street                                Erica J. Chee
Las Vegas, NV 89101                                    Nevada Bar No. 12238
                                                       Wells Fargo Tower
*Attorney for Plaintiff*                               Suite 1500
*Joylina N. Arceneaux*                                 3800 Howard Hughes Parkway
                                                       Las Vegas, NV  89169

                                                       *Attorneys for Defendant Credit One Financial, Inc.*
                                                       *dba Credit One Bank, N.A.*

**ORDER**

**IT IS SO ORDERED.**

[signature]

UNITED STATES DISTRICT COURT JUDGE

April 25, 2016

DATE

2